UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY VANDELL, *et al.*, | CASE NO. C18-0785-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LAKE WASHINGTON SCHOOL DISTRICT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A status conference was set for this matter on August 28, 2018 at 9:00 a.m. (Dkt. No. 12.) Plaintiffs failed to appear. Plaintiffs are ORDERED to show cause why the case should not be dismissed for lack of prosecution. Plaintiffs shall respond to this order no later than Friday September 14, 2018.

DATED this 28th day of August 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk