THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY VANDELL, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAKE WASHINGTON SCHOOL DISTRICT,<br><br>　　　　　Defendant. | CASE NO. C18-0785-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff did not appear for a scheduled status conference. (Dkt. No. 13.) The Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. (Dkt. No. 14.) Plaintiff timely responded to the order. She maintains that she was unaware of the rescheduled status conference date. (Dkt. No. 15 at 1–2.) The Court accepts Plaintiff's explanation and VACATES the order to show cause (Dkt. No. 14). The status conference, scheduled for August 28, 2018, is RESET to October 2, 2018 at 9 a.m. in Courtroom 16206.

DATED this 10th day of September 2018.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　Deputy Clerk