THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| STACEY VANDELL, *et al.*, | CASE NO. C18-0785-JCC |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LAKE WASHINGTON SCHOOL DISTRICT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated case management deadlines (Dkt. No. 21). The Court ORDERS the following briefing schedule:

| **Brief** | **Due Date** |
|---|---|
| Plaintiffs' opening brief, limited to 24 pages | December 21, 2018 |
| Defendant's response brief, limited to 24 pages | January 21, 2019 |
| Plaintiffs' reply brief, limited to 12 pages | February 11, 2019 |

The noting date is set for February 11, 2019.

//

//

MINUTE ORDER
C18-0785-JCC
PAGE - 1

1      DATED this 26th day of November 2018.

2                                           William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0785-JCC
PAGE - 2