UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY VANDELL, *et al.*, | CASE NO. C18-0785-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LAKE WASHINGTON SCHOOL DISTRICT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for an extension of time (Dkt. No. 24). Defendant's motion is GRANTED. Defendant's response brief is due January 24, 2019. Plaintiffs' reply brief is due February 14, 2019. The noting date is RESET to February 15, 2019.

DATED this 15th day of January 2019.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk