UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STACEY VANDELL, *et al.*, | CASE NO. C18-0785-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LAKE WASHINGTON SCHOOL DISTRICT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On March 11, 2019, Plaintiffs filed their reply brief. (Dkt. No. 27.) The reply brief was due on February 14, 2019, making Plaintiffs' reply nearly a month late. (*See* Dkt. No. 25.) The Clerk is DIRECTED to strike Plaintiffs' reply brief (Dkt. No. 27) as untimely.

DATED this 12th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
